IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Leroy Williams, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>STATE OF ALABAMA )<br>DEPARTMENT OF )<br>TRANSPORTATION, JOE MCINNES, )<br>in his official capacity as )<br>Director of the State of )<br>Alabama Department of )<br>Transportation; )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:<br>2:06cv658-ID<br><br><br><br>JURY DEMAND |

## SUMMONS

TO DEFENDANT:   State of Alabama Department of Transportation
1409 Coliseum Blvd.
Montgomery, AL  36110

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Russell W. Adams, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*  7/25/06
_____  _____
CLERK OF COURT  DATE

By: *N. Austin*
_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Leroy Williams, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>STATE OF ALABAMA )<br>DEPARTMENT OF )<br>TRANSPORTATION, JOE MCINNES, )<br>in his official capacity as )<br>Director of the State of )<br>Alabama Department of )<br>Transportation; )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:<br>2:06cv658-ID<br><br><br><br>JURY DEMAND |

## SUMMONS

TO DEFENDANT:   Joe McInnes
    AL Dept of Transportation
    1409 Coliseum Boulevard
    Montgomery, AL 36110

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Russell W. Adams, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY (20)** days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK OF COURT

By: _____
    Deputy Clerk

7/25/06
DATE