| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Bryden Legg   C. Date of Delivery: 7-26-06 |
| 1. Article Addressed to:<br><br>Joe McInnes<br>AL Dept of Transportation<br>1409 Coliseum Boulevard<br>Montgomery, AL 36110 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06cv658 TFC<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number: 7003 2260 0000 4755 4375 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |