IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LEROY WILLIAMS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 2:06-cv-658-ID |
| **STATE OF ALABAMA DEPT. OF** | * | |
| **TRANSPORTATION, et. al.** | * | |
| Defendant. | * | **JURY DEMAND** |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on **August 28, 2006**, with participation by the following:

RUSSELL ADAMS on behalf of plaintiff, Leroy Williams

ANDREW REDD on behalf of defendants, Alabama Department of Transportation and Joe McInnes.

1.  **Pre-Discovery Disclosures.** The parties will exchange by **September 30, 2006** the information required by Rule 26.

2.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

    (a) factual information concerning the alleged discriminatory treatment and termination of the plaintiff;
    (b) any and all damages claimed by the plaintiff;
    (c) plaintiff's employment history and work performance;
    (d) general issues of liability; and
    (e) any and all issues raised in the pleadings, including affirmative defenses;
    (f) factual information concerning the defendants' basis for the

plaintiff's termination.

3. All discovery commenced in time to be completed by **May 1, 2007.**

4. **Interrogatories:** Maximum of **25** interrogatories by each party to any other party. Responses to all Interrogatories are due **30** days after service.

5. **Requests for Production**: Maximum of **40** requests for production by each party to any other party. Responses to all Requests for Production are due **30** days after service.

6. **Requests for Admission**: Maximum number of **25** Requests for Admission by each party to any other party. Response to all Requests for Admissions are due **30** days after service.

7. **Depositions:** Maximum of **10** depositions by each party, each deposition to be limited to a maximum of 7 hours unless extended by agreement of the parties.

8. Reports from retained experts under Rule 26(a)(2) due:
   From the plaintiff by **January 15, 2007**
   From the defendant by **February 15, 2007**

9. **Supplementation under Rule 26.** All supplementation under Rule 26 will be due immediately upon discovering additional information, with final supplementation due within **30** days of the discovery deadline.

10. **Other Items.**

    a. **Scheduling Order Conference:** The parties do not request a conference with the court before entry of the scheduling order.

    b. **Additional Parties:**

       1. The plaintiff should be allowed until **November 1, 2006** to join additional parties and to amend the pleadings.

       2. The defendant should be allowed until **December 1, 2006** to join additional parties and to add defenses and amend the pleadings.

11. All potentially dispositive motions should be filed by **June 1, 2007.**

12. The parties request a final pretrial conference after the close of discovery.

13. Final lists of trial evidence under Rule 26(a)(3) should be due:

      a.      From the plaintiff: witnesses and exhibits by **30** days before trial;

      b.      From defendant: witnesses and exhibits by **30** days before trial;

      c.      Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

      d.      The case should be ready for trial by **August 2007** and, at this time, is expected to take approximately **2 to 3** days.

      Respectfully submitted,
      s/ Russell W. Adams
      Russell W. Adams, ASB-3760-A62R
      Attorney for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN & PANTAZIS
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)


      s/ Andrew Redd
      Andrew Redd, ASB-RED001
      Attorney for Defendants

**OF COUNSEL:**

ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350
(334) 264-4359 (facsimile)
electronic mail: houstons@dot.state.al.us