IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEPARTMENT** | ) CASE NO. 2:06-cv-658-ID-TFM |
| **OF TRANSPORTATION, JOE MCINNES,** | ) |
| **etc.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

COME NOW Plaintiff Leroy Williams and Defendants State of Alabama Department of Transportation and Joe McInnes, jointly, through their respective counsel, and move this Court to modify the Uniform Scheduling Order issued by the Court (Doc. No. 8) as follows:

1. To extend the time for filing dispositive motions from March 5, 2007, to and including June 7, 2007.

2. This extension of time will permit discovery to have been completed and the issues in this matter clarified.

Wherefore, premises considered, the parties move this Court to extend the date for filing dispositive motions to and including June 7, 2007.

                RESPECTFULLY SUBMITTED
                TROY KING
                ATTORNEY GENERAL

                s/ Andrew W. Redd (RED001)
                Jim R. Ippolito, Jr. (IPP001)
                Assistant Attorney General
                Chief Counsel

              Andrew W. Redd (RED001)
              Assistant Attorney General
              Assistant Counsel
              COUNSEL FOR DEFENDANTS

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

              s/ Russell W. Adams
              Russell W. Adams (ADA042)
              Attorney at Law
              COUNSEL FOR PLAINTIFF

**ADDRESS OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis, L.L.C.
301 Nineteenth Street, North
Birmingham, Alabama  35203-3118
Telephone:  (205) 314-0500
Facsimile:  (205) 254-1500
rwa@wcqp.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEPARTMENT** | ) CASE NO. 2:06-cv-658-ID |
| **OF TRANSPORTATION, JOE MCINNES,** | ) |
| **etc.,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on **February 27, 2007**, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECT system.

                                                      s/ Andrew W. Redd
                                                    Andrew W. Redd (RED001)
                                                    Assistant Attorney General
                                                    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
altonm@dot.state.al.us