IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. 2:06cv658-ID |
| v. ) | |
| ) | |
| **STATE OF ALABAMA DEP'T OF** ) | |
| **TRANSPORTATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Before the court is a joint motion to modify scheduling order (Doc. No. 9), filed by Plaintiff Leroy Williams and Defendants State of Alabama Department of Transportation and Joe McInnes. The parties request the court to extend the dispositive motion deadline from March 5, 2007, to June 7, 2007. An extension of the dispositive motion deadline to June 7, 2007, however, would not afford the court sufficient time to consider and rule on a summary judgment motion prior to the pretrial hearing which is set on June 15, 2007.[1] (See Doc. No. 8.) Regarding the parties' contention that the discovery deadline does not expire until June 7, 2007, the court directs counsel to the "Frequently Asked Questions" section (question 5) of the Middle District of Alabama's web site at www.almd.uscourts.gov, which explains why the Uniform Scheduling Order establishes a dispositive motion deadline prior to the end of the period allowed for

---

[1] To ensure that the parties have adequate time to prepare thoroughly for trial on the relevant claims, it is the court's practice to rule on all dispositive motions prior to the pretrial conference.

discovery.  Accordingly, it is CONSIDERED and ORDERED that the parties' joint motion to modify scheduling order be and the same is hereby DENIED.

    DONE this 27th day of February 2007.

                                  /s/ Ira DeMent  
                                SENIOR UNITED STATES DISTRICT JUDGE