IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, JOE MCINNES,** *etc.*, | ) CASE NO. 2:06-cv-658-ID ) ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION

COME NOW Defendants, the State of Alabama Department of Transportation and Joe McInnes, by and through their undersigned counsel, and move this Court for an extension of the time for filing dispositive motions. As grounds, Defendants state as follows:

1. That due to unexpected circumstances, Defendants were not able to take the deposition of Plaintiff Williams until last week and are presently awaiting the transcript of said deposition. Defendants expect to utilize portions of said deposition in support of their motion for summary judgment.

2. That, upon further reflection, undersigned counsel understands that the joint motion to modify the Court's scheduling order (Doc. No. 9) requested too much additional time for the filing of dispositive motions.

3. That, by this motion, undersigned counsel requests an additional twenty (20) days for the filing of Defendants' dispositive motions, which, if granted, will require such filing on or before March 26, 2007.

4. That Plaintiff's counsel has been contacted and does not oppose such extension.

Wherefore, premises considered, Defendants move this Court to extend the time for filing its motion for summary judgment up to and including March 26, 2007.

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        s/ Andrew W. Redd
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Andrew W. Redd (RED001)
        Assistant Attorney General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, JOE MCINNES,** *etc.*, | ) ) ) ) ) |
| **Defendants.** | ) ) |

**CASE NO. 2:06-cv-658-ID**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

s/ Andrew W. Redd
Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us