IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv658-ID |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEP'T OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the unopposed motion for extension (Doc. No. 11), filed by Defendants State of Alabama Department of Transportation and Joe McInnes, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the dispositive motion deadline is hereby EXTENDED to and including March 26, 2007.

DONE this 1st day of March 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE