IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) CASE NO. 2:06-cv-658-ID |
| OF TRANSPORTATION, JOE MCINNES, | ) |
| *etc.*, | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants, the State of Alabama Department of Transportation and Joe McInnes, by and through their undersigned counsel, and move this Court to grant summary judgment in this matter and as grounds therefore, show unto this Court as follows:

1. The Plaintiff has failed to state a claim for which relief can be granted.

2. The Plaintiff has failed to set forth a *prima facie* claim for racial discrimination under either Title VII or 42 U.S.C. § 1981.

3. The Plaintiff has failed to set forth a *prima facie* claim for retaliation under either Title VII or 42 U.S.C. § 1981.

4. Defendants are entitled to favorable summary judgment as a matter of law.

Defendants file contemporaneously herewith their Memorandum Brief and Evidentiary Materials in Support of this Motion for Summary Judgment.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)

        Assistant Attorney General
        Chief Counsel

        Andrew W. Redd (RED001)
        R. Mitchell Alton, III (ALT003)
        Assistant Attorneys General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us

2

Case 2:06-cv-00658-TFM    Document 13    Filed 03/26/2007    Page 3 of 3

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, JOE MCINNES, *etc.*, | ) CASE NO. 2:06-cv-658-ID ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on **March 26 2007**, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF


s/ Andrew W. Redd
Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
altonm@dot.state.al.us

3