IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv658-ID |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEP'T OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the unopposed motion for extension (Doc. No. 18), filed by Plaintiff Leroy Williams and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Plaintiff to file a response to the pending motion for summary judgment is hereby EXTENDED to and including May 8, 2007.

DONE this 10th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE