IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEROY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO 2:06-cv-658-ID |
| | ) | |
| STATE OF ALABAMA DEP'T OF | ) | |
| TRANSPORTATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon referral of this case to the undersigned for discovery issues, it  is

**ORDERED** that the parties appear telephonically on **May 2, 2007 at 9:00 a.m.** for

a **HEARING** on Defendants' *Motion for Protective Order or, In The Alternative, Motion to*

*Quash Deposition Notices* (Doc. 20, filed May 1, 2007) and Plaintiff's Response (Doc. 21,

filed May 1, 2007).   The hearing shall be attended by at least one of the attorneys

representing each of the parties.  The parties shall jointly contact the court at (334) 954-3740

by 9:00 a.m. to initiate the hearing.

DONE this 1st day of May, 2007.


TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE