IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO 2:06-cv-658-ID ) |
| STATE OF ALABAMA DEP'T OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' *Motion for Protective Order or, In The Alternative, Motion to Quash Deposition Notices* (Doc. 20, filed May 1, 2007) and the oral arguments of counsel in the hearing on May 2, 2007, it is for good cause

**ORDERED** that Defendants' *Motion for Protective Order or, In The Alternative, Motion to Quash Deposition Notices* (Doc. 20, filed May 1, 2007) is hereby **DENIED**.

The *Alternative Motion for Extension*[1] filed by Plaintiff (Doc. 21, filed May 1, 2007) remains pending before the District Judge in this matter.[2]

DONE this 2nd day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Alternative Motion for Extension was included in *Plaintiff's Response to Motion to Quash and In The Alternative Motion for Extension*. *See* Doc. 21.

[2] During the May 2, 2007 hearing it was suggested a new motion for extension may be filed for the District Judge's consideration.