IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv658-ID |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEP'T OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is CONSIDERED and ORDERED that this cause is hereby set for a pretrial hearing as provided by Rule 16, Federal Rules of Civil Procedure, on **June 19, 2007, at 1:00 p.m. in chambers B-300, United States Courthouse Complex, One Church Street, Montgomery, Alabama.**[1]

The pretrial hearing will be conducted to consider the matters provided for in Rule 16. All parties are expected to have fully complied with the Rule 16 uniform scheduling order. All parties should prepare and have ready all possible admissions of fact and documents which might avoid unnecessary proof upon trial.

**Lead counsel for all parties are to be present unless excused by the court. Tardiness will not be tolerated.** Lead counsel shall be fully prepared to state the facts of

---

[1] The court notes that it has moved the pretrial hearing date from June 15, 2007 (see Doc. No. 8 ¶ 1), to June 19, 2007.

the case in the most minute detail and to admit all facts that are true. Appropriate penalties will be imposed for failure to comply with these requirements.

The parties are DIRECTED to JOINTLY prepare a proposed pretrial order in accordance with the attached outline. Plaintiff(s) shall insure that the original of the proposed pretrial order is received by the court NOT LATER THAN FIVE BUSINESS DAYS prior to the pretrial hearing by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to propord_dement@almd.uscourts.gov. For this purpose, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

TRIAL TERM commences: July 23, 2007, in Montgomery, Alabama.

Done this 2nd day of May, 2007.

                               /s/ Ira DeMent
                               SENIOR UNITED STATES DISTRICT JUDGE

OUTLINE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

(Style)  )
         )
         )   CIVIL ACTION NO. 2:_____-ID
         )
         )
         )

**ORDER ON PRETRIAL HEARING**

A pretrial hearing was held in this case on _____, in Montgomery, Alabama, wherein the following proceedings were held and actions taken:

1. PARTIES AND TRIAL COUNSEL:

    For plaintiff(s):

    For defendant(s):

    COUNSEL APPEARING AT PRETRIAL HEARING:

    For plaintiff(s):

    For defendant(s):

2. JURISDICTION AND VENUE:

3. PLEADINGS: The following pleadings and amendments were allowed:

4. CONTENTIONS OF THE PARTIES:

    (a) The plaintiff(s)

    (b) The defendant(s)

5. STIPULATIONS BY AND BETWEEN THE PARTIES:

6. Counsel will receive a trial docket approximately one month prior to the trial term.

It is ORDERED as follows:

(1) Jury selection is set at 10:00 a.m. on the 23rd day of July, 2007, in Montgomery, Alabama.

(2) The trial, which is to last \_\_\_\_ days, is set to commence following jury selection on the 23rd day of July, 2007, in Montgomery, Alabama.

(3) The parties are to file the following no later than three weeks prior to jury selection:

    a. pretrial briefs;

    b. requested voir dire questions, **Note: Voir dire questions should not duplicate questions in the jury questionnaire**;

    c. proposed jury instructions together with citations of authority in support of each proposed instruction; and

    d. motions in limine, fully briefed.

(4) All understandings, agreements, and stipulations contained in this pretrial order shall be binding on all parties unless that Order be hereafter modified by order of the court.

CONSIDERED and ORDERED this \_\_\_\_ day of _____, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE