IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 2:06cv658-ID |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEP'T OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

It is CONSIDERED and ORDERED that the pretrial hearing presently set on June 19, 2007, is hereby reset on **Monday, June 18, 2007, at 1:00 p.m. in chambers B-300, United States Courthouse Complex, One Church Street, Montgomery, Alabama.**

Done this 9th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE