IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. 2:06cv658-ID |
| v. ) | |
| ) | |
| **STATE OF ALABAMA DEP'T OF** ) | |
| **TRANSPORTATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon CONSIDERATION of the unopposed motion for extension (Doc. No. 29), filed by Plaintiff Leroy Williams on May 22, 2007, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Plaintiff to file a response to the pending motion for summary judgment is hereby EXTENDED to and including May 30, 2007. Defendants may file a reply, if desired, on or before June 5, 2007.

DONE this 23rd day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE