IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, JOE MCINNES,** in his official capacity as Director of the State of Alabama Department of Transportation, | ) ) **CASE NO. 2:06-cv-658-ID** ) ) ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' SUPPLEMENTAL EVIDENTIARY SUBMISSION

COME NOW Defendants, the State of Alabama Department of Transportation and Joe McInnes, and file the following supplemental evidentiary materials in support of their Reply to Plaintiff's Response (Doc. No. 31) to Defendants' Motion for Summary Judgment (Doc. No. 13):

**Exhibit:**

**CC**   MapQuest directions from 1409 Coliseum Boulevard, Montgomery, Alabama, to 630 15th Street, Tuscaloosa, Alabama; and

**Affidavit:**

**Affidavit of Joe E. Jones.**

            RESPECTFULLY SUBMITTED
            TROY KING
            ATTORNEY GENERAL

            s/ Andrew W. Redd
            Jim R. Ippolito, Jr. (IPP001)
            Assistant Attorney General
            Chief Counsel

            Andrew W. Redd (RED001)

                        Assistant Attorney General
                        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION, JOE MCINNES, ) | CASE NO. 2:06-cv-658-ID |
| in his official capacity as Director of the ) | |
| State of Alabama Department of ) | |
| Transportation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on **June 5, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

        s/ Andrew W. Redd
        Andrew W. Redd (RED001)
        Assistant Attorney General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us

 **Sorry!** When printing directly from the browser your map may be incorrectly cropped. To print the entire map, try clicking the **"Printer-Friendly"** link at the top of your results page.



 **1409 Coliseum Blvd**
Montgomery, AL 36110-2060, US

 **630 15th St**
Tuscaloosa, AL 35401-4737, US

**Total Est. Time:**
2 hours, 2 minutes

**Total Est. Distance:**
134.08 miles

| Maneuvers | | Distance |
|---|---|---|
| | **1:** Start out going NORTH on COLISEUM BLVD toward VISTA PARK DR. | 0.8 miles |
| | **2:** Turn LEFT onto AL-152 W / NORTH BLVD / NORTHERN BLVD. | 4.1 miles |
| | **3:** Merge onto I-65 N toward BIRMINGHAM. | 77.1 miles |
| | **4:** Merge onto I-459 S via EXIT 250 toward HOOVER / TUSCALOOSA. | 15.5 miles |
| | **5:** Merge onto I-20 W / I-59 S via the exit on the LEFT toward TUSCALOOSA. | 33.3 miles |
| | **6:** Take the MCFARLAND BLVD / US-82 exit- EXIT 73. | 0.2 miles |
| | **7:** Keep RIGHT at the fork to go on MCFARLAND BLVD E / US-82 W / AL-6 W. | 1.7 miles |
| | **8:** Turn LEFT onto 15TH ST E. | 1.1 miles |
| | **9:** End at **630 15th St** Tuscaloosa, AL 35401-4737, US | |

**Total Est. Time:** 2 hours, 2 minutes    **Total Est. Distance:** 134.08 miles



DEFENDANT'S
EXHIBIT
CC



All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF ALABAMA DEPARTMENT<br>OF TRANSPORTATION, JOE MCINNES,<br>in his official capacity as Director of the<br>State of Alabama Department of<br>Transportation,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:06-cv-658-ID<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared Joe E. Jones, who is known to me, and who being first duly sworn by me, deposes and states as follows:

My name is Joe E. Jones  I am over the age of nineteen years and have personal knowledge of the facts set forth in this affidavit.

I am presently an employee of the Alabama Department of Transportation (ALDOT) and was so employed at all times relevant to this lawsuit. At times relevant to this lawsuit I was assigned to the Design Bureau as Assistant Location Engineer, Field.

Shortly before the date that Leroy Williams was reverted back to his previous position of EA II/III, Tommy Lewis was assigned to another Party Chief position. Mr. Lewis' vacated position was filled by Willie Garrett, black male. Tommy Lewis remains in the position that he

transferred to and has supervised a black female Field Supervisor, Alesia James, for two years. Ms. James replaced a black male, Lawrence Brown in that position.

When Leroy Williams' position as Field Supervisor/TT was vacated, Bill McKinnon, white male, was placed in the position as Acting Field Supervisor. A few months later, McKinnon was transferred and I replaced him with Willie Primus, a black male, who is still in that position.

Other than what has been alleged by the Plaintiff in his lawsuit, I am unaware of any complaints that have been levied against Tommy Lewis in which he was alleged to have used racial slurs in the workplace or wherein he was alleged to have discriminated against any employee on account of their race or for having filed any grievance

**.FURTHER THE AFFIANT SAYETH NOT.**

I signed this affidavit on ___June 5___, 2007 in Montgomery, Alabama.

_____
Joe E. Jones

SWORN TO AND SUBSCRIBED before me on this __5th__ day of __June__, 2007.

_____
Notary Public, State at Large

My Commission Expires: __9/18/2010__

2