IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv658-ID |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEP'T OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court is Plaintiff Leroy Williams' motion to strike Defendants' supplemental evidentiary submission or, in the alternative, to submit additional evidentiary materials, filed June 12, 2007 (Doc. No. 35). Pursuant to the discussions held this date at the pretrial hearing, it is CONSIDERED and ORDERED that Defendants are hereby GRANTED until June 21, 2007, to file a response to Plaintiff's motion.

DONE this 18th day of June, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE