IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEPARTMENT** | ) CASE NO. 2:06-cv-658-ID |
| **OF TRANSPORTATION, JOE MCINNES,** | ) |
| *etc.* | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' WITNESS LIST

COME NOW Defendants, the State of Alabama Department of Transportation and Joe McInnes, and submit the following list of witnesses Defendants expect to call at the trial in this matter:

1. Leroy Williams

2. Don Arkle, 1409 Coliseum Boulevard, Montgomery, Alabama

3. William Adams, 1409 Coliseum Boulevard, Montgomery, Alabama

4. Tommy Lewis, 1409 Coliseum Boulevard, Montgomery, Alabama

5. Joe Jones, 1409 Coliseum Boulevard, Montgomery, Alabama

6. Ron Green, 1409 Coliseum Boulevard, Montgomery, Alabama

7. Jim Begley, 1409 Coliseum Boulevard, Montgomery, Alabama

8. Channin Granthem, 1409 Coliseum Boulevard, Montgomery, Alabama

9. Rodney Sanders, 1409 Coliseum Boulevard, Montgomery, Alabama

10. Robbie Jones, 1409 Coliseum Boulevard, Montgomery, Alabama

11. Michael Crowe, 1409 Coliseum Boulevard, Montgomery, Alabama

12. Dodd Austin, 1409 Coliseum Boulevard, Montgomery, Alabama

13. Willie Primus, 1409 Coliseum Boulevard, Montgomery, Alabama

14. Sabrina Walker, 1409 Coliseum Boulevard, Montgomery, Alabama

15. Alecia James, 1409 Coliseum Boulevard, Montgomery, Alabama

16. Willie Garrett, 1409 Coliseum Boulevard, Montgomery, Alabama

17. Rebuttal witnesses as necessary

18. Witnesses listed by Plaintiff

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        s/ Andrew W. Redd
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Andrew W. Redd (RED001)
        R. Mitchell Alton, III (ALT003)
        Assistant Attorneys General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **STATE OF ALABAMA DEPARTMENT** ) | **CASE NO. 2:06-cv-658-ID** |
| **OF TRANSPORTATION, JOE MCINNES,** ) | |
| *etc.*, ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on **June 22, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

                                                        s/ Andrew W. Redd
                                                        Andrew W. Redd (RED001)
                                                        Assistant Attorney General
                                                        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us