IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**STATE OF ALABAMA DEPARTMENT** )<br>**OF TRANSPORTATION, JOE MCINNES,** )<br>*etc.* )<br>)<br>**Defendants.** ) | **CASE NO. 2:06-cv-658-ID** |

## DEFENDANTS' EXHIBIT LIST

COME NOW Defendants, the State of Alabama Department of Transportation and Joe McInnes, and submit the following list of exhibits Defendants expect to introduce into evidence at the trial in this matter:

**DEFENDANTS' EXHIBIT:**

- **A.** Form 11-Seasonal Laborer dated 10/8/92
- **B.** Application for Examination-Highway Maintenance Technician I
- **C.** Certificate of Eligibles
- **D.** Application for Examination-Highway Maintenance Technician II
- **E.** Form 4-Provisional Appointment-Engineering Assistant I
- **F.** Employee Performance Appraisal dated 2/14/97
- **G.** Employee Performance Appraisal dated 2/13/98
- **H.** Position Classification Questionnaire dated 11/26/01
- **I.** Complaint Form dated April 1997
- **J.** Employee Performance Appraisal dated 2/19/02
- **K.** Complaint From dated 10/5/00

**L.**     Letter dated 1/23/03 withdrawing Grievance No.736

**M.**     Attendance/Punctuality Guidelines dated 2/22/05

**N.**     Letter dated 5/12/05-appointment to Transportation Technologist.

**O.**     Leroy Williams resume

**P.**     Position Classification Questionnaire dated 5/25/05

**Q.**     Reprimand for Repeated Tardiness dated 7/26/05

**R.**     Counseling Session Memorandum dated 7/28/05

**S.**     Driving Time confirmation Memorandum dated 8/4/05

**T.**     Reprimand for Insubordination dated 8/11/05

**U.**     Recommendation for Discipline dated 8/15/05

**V.**     Memorandum to Don T. Arkle dated 8/19/05

**W.**     Memorandum to Ron Green dated 8/22/05

**X.**     Letter to Williams dated 9/1/50 termination probation

**Y.**     E.E.O.C. Charge of Discrimination

**Z.**     Complaint Form

**AA.**     State Personnel Announcement-Transportation Technologist

**BB.**     Computer printouts of Training for employees

**CC.**     MapQuest printout

**DD.**     Employee Performance Appraisal for 3/1/2004 through 3/1/2005

**EE.**     Form 40, dated 9/8/2005

**FF.**     Form 11, dated 9/27/2005

**GG.**     LEICA Raw Data .rw file

**HH.**     2005 Calendar

  **II.**  Design Bureau organizational charts

  **JJ.**  Transcript of deposition of Leroy Williams

  **KK.**  Tommy Lewis' journal

            RESPECTFULLY SUBMITTED
            TROY KING
            ATTORNEY GENERAL

            s/ Andrew W. Redd
            Jim R. Ippolito, Jr. (IPP001)
            Assistant Attorney General
            Chief Counsel

            Andrew W. Redd (RED001)
            R. Mitchell Alton, III (ALT003)
            Assistant Attorneys General
            Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) CASE NO. 2:06-cv-658-ID |
| OF TRANSPORTATION, JOE MCINNES, | ) |
| *etc.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on **June 18, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF


        s/ Andrew W. Redd
        Andrew W. Redd (RED001)
        Assistant Attorney General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us