IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Civil Action No.: |
| * | 2:06-cv-658-ID |
| **STATE OF ALABAMA DEPT. OF** * | |
| **TRANSPORTATION, et. al.** * | |
| * | |
| Defendant. * | |

### PLAINTIFF'S WITNESS LIST FOR TRIAL

**COMES NOW** the plaintiff in the above-styled cause and submits the names and addresses of the following witnesses for trial:

**The following are the witnesses that the plaintiff expects to call:**

1. Leroy Williams
   3723 Bridlewood Drive
   Montgomery, Alabama 36111
   334-233-0751

2. Thomas Lewis
   Alabama Department of Transportation
   1409 Coliseum Boulevard
   Montgomery, Alabama 36110

3. Joe E. Jones
   Alabama Department of Transportation
   1409 Coliseum Boulevard
   Montgomery, Alabama 36110

4. Don T. Arkle
   Design Bureau Chief
   Alabama Department of Transportation
   1409 Coliseum Boulevard
   Montgomery, Alabama 36110

5. William Adams
   Alabama Department of Transportation

      1409 Coliseum Boulevard
      Montgomery, Alabama 36110

6.    Channin Granthem
      Alabama Department of Transportation
      1409 Coliseum Boulevard
      Montgomery, Alabama 36110

7.    William Dodd Austin
      Alabama Department of Transportation
      1409 Coliseum Boulevard
      Montgomery, Alabama 36110
      334-850-7705

8.    Ron Green
      Alabama Department of Transportation
      1409 Coliseum Boulevard
      Montgomery, Alabama 36110

9.    Rodney Sanders
      Alabama Department of Transportation
      1409 Coliseum Boulevard
      Montgomery, Alabama 36110
      334-207-4145

10.   Michael Crowe
      Alabama Department of Transportation
      1409 Coliseum Boulevard
      Montgomery, Alabama 36110
      334-850-4691

11.   Gary Beasley
      334-239-6201

12.   Robert Byrd
      334-206-2385

13.   Lawrence Brown
      334-239-1665

14.   Willie Garrett
      334-850-4691

15. Willie Primus
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, Alabama 36110
    334-850-7706

16. Stacy Nichols
    334-850-6345

17. Scott Blake
    334-850-7706

18. J.D. McInnes
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, AL 36110

19. Sabrina Walker
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, Alabama 36110

20. Alicia James
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, Alabama 36110

21. Maury Buster
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, Alabama 36110

22. Steve Dukes
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, Alabama 36110

**The following are the witnesses the plaintiff may call if the need arises:**

23. Robbie Jones
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, Alabama 36110

24. Sandi Dietz, Investigator
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, AL 36110

25. Anna Harris Glassburg
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, AL 36110

26. Jim Begley
    Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, AL 36110

27. Any witnesses listed by defendant

28. Rebuttal witnesses if necessary.

    Respectfully submitted,

    _Russell W. Adams_
    Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I DO HEREBY CERTIFY, than on the 25th day of June, 2007, a copy of the foregoing was electronically filed with Clerk of Court using the CM/ECF system, which will send notification to the following:

Jim R. Ippolito
Andrew Redd
Mitchell Alton, III,
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                                                    Russell W. Adams
                                                    Counsel for the Plaintiff