**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **LEROY WILLIAMS,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v. * | **Civil Action No.:** |
| * | **2:06-cv-658-ID** |
| **STATE OF ALABAMA DEPT. OF** * | |
| **TRANSPORTATION, et. al.** * | |
| * | |
| **Defendant.** * | |

## PLAINTIFF'S EXHIBIT LIST FOR TRIAL

**COMES NOW** the plaintiff in the above-styled cause and submits the following list of exhibits he expects to use at the trial of this matter:

1. Deposition transcript of Don Arkle, taken on May 15, 2007, including all exhibits;

2. Deposition transcript of Thomas Lewis, taken on May 14, 2007, including all exhibits;

3. Evaluations of Leroy Williams (Exhibit D to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

4. SPD Records of Leroy Williams (Exhibit E to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

5. Certificate of Eligibles Appointing Leroy Williams to Transportation Technologist Classification (Exhibit F to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

6. Request to Fill Transportation Technologist Position (Exhibit G to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

7. Transportation Technologist Appointments through December 31, 2005 (Exhibit H to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

8. SPD Records of African-American Transportation Technologists demoted during probation period (Exhibit I to Plaintiff's Evidentiary Submission in Response to

       Defendant's Motion for Summary Judgment);

9. Certificate of Eligibles Appointing Channin Granthem (Caucasian) to Lewis' Transportation Technologist Position (Exhibit J to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

10. Design Bureau Organizational Charts (Exhibit K to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

11. SPD records of Granthem (Exhibit L to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

12. Memorandum from Tommy Lewis showing Williams' crew thought he was treated differently (Exhibit M to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

13. SPD Records of Tommy Lewis (Exhibit N to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

14. Tommy Lewis Out of Classification Assignment by William Adams (Exhibit O to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

15. Request to Fill Transportation Technologist Transportation Senior Position #2119200 showing vacancy of May 31, 2005 (Exhibit P to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

16. Persons Promoted Report for 2/16/06 to 3/15/06 (Exhibit Q to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

17. Certificate of Eligibles Appointing Tommy Lewis to Transportation Technologist effective 2/18/06 (Exhibit R to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

18. Transportation Technologist Senior exam scores showing Tommy Lewis scoring 160th out of the 161 candidates (Exhibit S to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

19. Selection Form for Tommy Lewis to Transportation Technologist Senior (Exhibit T to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

20. Tommy Lewis Structural Oral Interview Form (Exhibit U to Plaintiff's Evidentiary

Submission in Response to Defendant's Motion for Summary Judgment);

21. Lawrence Naro Brown Structural Oral Interview Form (Exhibit V to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

22. Lawrence Naro Brown Application (Exhibit W to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

23. *Reynolds* Consent Decree (Exhibit X to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

24. *Reynolds* Contempt Order (Doc No. 4284) (Exhibit Y to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

25. *Reynolds* Opinion dated April 13, 1998 (4 F.Supp.2d 1068) (Exhibit Z to Plaintiff's Evidentiary Submission in Response to Defendant's Motion for Summary Judgment);

26. Rules of the State Personnel Board State of Alabama;

27. Form 11-Seasonal Laborer dated 10/08/82 (Exhibit A to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

28. Application for Examination-Highway Maintenance Technician I (Exhibit B to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

29. Certificate of Eligibles (Exhibit C to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

30. Application for Examination-Highway Maintenance Technician II (Exhibit D to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

31. Form 4-Provisional Appointment-Engineering Assistant I (Exhibit E to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

32. Employee Performance Appraisal dated 2/14/97 (Exhibit F to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

33. Employee Performance Appraisal dated 2/13/98 (Exhibit G to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

34. Position Classification Questionnaire dated 11/26/01  (Exhibit H to Defendants'

Evidentiary Submission in Support of Motion for Summary Judgment);

35. Complaint Form dated April 1997 (Exhibit I to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

36. Employee Performance Appraisal dated 2/19/02 (Exhibit J to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

37. Complaint Form dated 10/05/00 (Exhibit K to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

38. Letter dated 1/23/03 withdrawing Grievance No. 736 (Exhibit L to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

39. Attendance/Punctuality Guidelines dated 2/22/05 (Exhibit M to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

40. Letter dated 5/12/05 re appointment to Transportation Technologist (Exhibit N to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

41. Leroy Williams resume (Exhibit O to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

42. Position Classification Questionnaire dated 5/25/05 (Exhibit P to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

43. Reprimand for Repeated Tardiness dated 7/26/06 (Exhibit Q to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

44. Counseling Session Memorandum dated 7/28/05 (Exhibit R to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

45. Driving Time confirmation Memorandum dated 7/28/05 (Exhibit S to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

46. Reprimand for Insubordination dated 8/11/05 (Exhibit T to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

47. Recommendation for Discipline dated 8/15/05 (Exhibit U to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

48. Memorandum to Don Arkle dated 8/19/05 (Exhibit V to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

49. Memorandum to Ron Green dated 8/22/05 (Exhibit W to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

50. Letter to Williams dated 9/1/50 termination probation (Exhibit X to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

51. E.E.O.C. Charge of Discrimination (Exhibit Y to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

52. Complaint Form (Exhibit Z to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

53. State Personnel Announcement - Transportation Technologist;

54. Computer printouts of Training for employees (Exhibit BB to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment);

55. MapQuest printout;

56. Employee Performance Appraisal for 3/1/04 to 3/1/05;

57. Form 40 dated 9/8/05;

58. Form 11 dated 9/27/05;

59. 2005 Calendar;

60. Design Bureau Organizational Charts;

61. Internal grievances filed by Leroy Williams;

62. Selection packet of Leroy Williams for Transportation Technologist;

63. Selection packet of Tommy Lewis for Transportation Technologist Sr.;

64. Selection packet for Channin Granthem for Transportation Technologist;

65. Any and all pleadings and/or documents responsive documents to Requests for Production to Defendants;

66. Charts, blowups and/or summaries of evidence;

67. Affidavit of Don Arkle (for impeachment purposes only);

68. Affidavit of William Adams (for impeachment purposes only);

69. Affidavit of Joe Jones (for impeachment purposes only);

70. Affidavit of Thomas Lewis (for impeachment purposes only);

71. Affidavit of Ron Green (for impeachment purposes only);

72. Affidavit of Joe E. Jones dated June 5, 2007 submitted with Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (for impeachment purposes only);

73. Mapquest (Exhibit CC to Reply Brief of Defendants')

74. Certificate of Eligibles dated 1/19/06 (Exhibit AA to Plaintiff's Motion to Strike);

75. Memorandum to Ronald J. Green from Don T. Arkle dated September 8, 2005 (Exhibit BB to Plaintiff's Motion to Strike);

76. Position Classification Questionnaire (Form 40) for PCQ # 1736405 dated 9/08/05 (Exhibit CC to Plaintiff's Motion to Strike);

77. Position Classification Questionnaire (Form 40) for PCQ # 1736405 dated 6/22/04 (Exhibit DD to Plaintiff's Motion to Strike);

78. Master Activity Log Records for Willie Joe Primus (Exhibit EE to Plaintiff's Motion to Strike);

79. Orders and Opinions entered by the Court in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N

80. Order entered in *U.S. v. Frazier*, 317 F. Supp. 1079 (M. D. Ala.), *aff'd*, 493 F.2d 614 (5th Cir. 1974);

81. Order entered in *U.S. v. Frazier*, 1976 WL 729 (M.D. Ala. 1976);

82. *Reynolds* Doc. no. 553 (Consent Decree);

83. *Reynolds* Doc. no. 4147 (Stipulations);

84. *Reynolds* Doc. no. 4247 (Agreement on Remedies for Contempt);

85. *Reynolds* Doc. no. 4284 (January 31, 2000 Contempt Order);

86. *Reynolds* Doc. no. 4700 (Settlement Agreement);

87. *Reynolds* Doc. no. 5228 (Amendment to Settlement Agreement);

88. Pleadings filed by the Adams Intervenors in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N;

89. *Reynolds* Doc. no. 5234 (Order Approving Revised Settlement);

90. *Reynolds* Doc. no. 7587 (Order of December 13, 2004 on Art 16);

91. *Reynolds* Doc. no. 7592 (Order of December 15, 2004 on Art. 16);

92. Monthly and Quarterly Reports, including any exhibits, attachments or appendices, submitted by the Alabama Department of Transportation in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N;

93. Monthly and Quarterly Reports, including any exhibits, attachments or appendices, submitted by the State Personnel Department in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N;

94. Depositions of Don Arkle taken in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N;

95. Depositions of Ron Greeen taken in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N;

96. Testimony of Don Arkle given in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N;

97. Testimony of Ron Green given in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N;

98. Depositions of Ron Greeen taken in *Deyampert and Brown v. Alabama Department of Transportation* CV 03-C-3132-W;

99. Judgment entered in *Deyampert and Brown v. Alabama Department of Transportation* CV 03-C-3132-W;

100. Deposition of Ron Green taken in *Turner* v.*Alabama Department of*

*Transportation;*

101. Judgment entered in *Cabbil* v.*Alabama Department of Transportation*, 2:05-cv-513-T;

102. Depositions of Ron Green taken in *Deyampert and Brown v. Alabama Department of Transportation* CV 03-C-3132-W;

103. Rosalyn Larkin Memorandum dated March 16, 1984;

104. Rosalyn Larkin Memorandum dated November 3, 1978;

105. Charts and graphs reflecting the racial composition of ALDOT job classifications for various time periods;

106. Extracts of records from the SPD database provided by defendants to plaintiffs' counsel;

107. Plaintiff reserves the right to use any exhibits listed on defendant's exhibit list;

108. Plaintiff reserves the right to supplement this Exhibit List as information becomes known;

109. Plaintiff reserves the right to use documents necessary for rebuttal and/or impeachment;

110. Plaintiff reserves the right to use documents not listed herein for the purpose of impeachment and/or rebuttal.

The listing of any document on this exhibit list does not waive the plaintiff's right to object to the admissibility of any document if offered by the defendants.

                Respectfully submitted,

                \_Russell W. Adams_____
                Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC

301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

 I DO HEREBY CERTIFY, than on the 25th day of June, 2007, a copy of the foregoing was electronically filed with Clerk of Court using the CM/ECF system, which will send notification to the following:

 Jim R. Ippolito
 Andrew Redd
 Mitchell Alton, III,
 Alabama Department of Transportation
 1409 Coliseum Boulevard
 Montgomery, Alabama 36110

              Russell W. Adams
              Counsel for the Plaintiff