IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv658-ID |
| v. | ) |
| | ) |
| **STATE OF ALABAMA DEP'T OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In light of the court's rulings on summary judgment as set out in the memorandum opinion and order entered this same date, it is CONSIDERED and ORDERED that Plaintiff's motion to strike (Doc. No. 35) be and the same is hereby DENIED as moot and that Plaintiff's alternative motion to submit additional evidentiary materials (Doc. No. 35) be and the same is hereby GRANTED.

DONE this 28th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE