IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:06cv658-ID |
| v. ) | |
| ) | |
| **STATE OF ALABAMA DEP'T OF** ) | |
| **TRANSPORTATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to the discussions held during the pretrial hearing on June 18, 2007, it is CONSIDERED and ORDERED that, on or before, July 2, 2007, the parties file a proposed pretrial order with amended contentions which correspond with the court's rulings on summary judgment as set out in the memorandum opinion and order entered this same date, by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to propord_dement@almd.uscourts.gov. For this purpose, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

The parties also are hereby reminded of their obligations, imposed by § 13 of the Uniform Scheduling Order entered in this case on August 30, 2006 (Doc. No. 8), to file any requested voir dire questions, motions in limine fully briefed, and proposed jury instructions, together with citations of law thereon, on or before July 2, 2007.

Done this 28th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE