IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO 2:06-cv-658-TFM |
| ) | |
| STATE OF ALABAMA DEP'T OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is **ORDERED** that the jury trial presently set for July 23, 2007 is hereby reset for **September 24, 2007** in Montgomery, Alabama.

The parties are also reminded, pursuant to discussions held during the status conference on July 12, 2007, to file a proposed pretrial order with amended dates and contentions on or before **July 16, 2007**. The parties shall transmit an electronic copy of the proposed pretrial order to the court as an attachment to an e-mail message sent to propord_moorer@almd.uscourts.gov. For this purpose, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

DONE this 13th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE