IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

Leroy Williams _____, )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )    CASE NO. 2:06-cv-658-TFM
                                          )              _____
State of Alabama Department of Transportation, et al.  )
_____,  )
                                          )
        Defendants,                       )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Leroy Williams , a Plaintiff in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

■   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____           _____

_____           _____

_____           _____

                                          _____
_____                           /s/ Russell W. Adams
        Date                              (Signature)
                                          Russell W. Adams
                                          (Counsel's Name)
                                          Leroy Williams
                                          Counsel for (print names of all parties)
                                          Wiggins, Childs, Quinn & Pantazis, LLC
                                          301 19th Street North
                                          Address, City, State Zip Code
                                          205-314-0500
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## <u>CERTIFICATE OF SERVICE</u>

I, Russell W. Adams, Counsel for Plaintiff , do hereby Certify that a true and correct copy of the foregoing has been furnished by notification via the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of July 20 07, to:

Jim R. Ippolito, Esq. Andrew Redd, Esq., Mitchell Alton, III, Esq.

Alabama Department of Transportation

1409 Coliseum Boulevard

Montgomery, Alabama 36110



7/17/2007
Date

/s/ Russell W. Adams
Signature