IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, JOE MCINNES, *etc.*, | ) CASE NO. 2:06-cv-658-ID-TFM ) ) ) |
| Defendants. | ) ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW the State of Alabama Department of Transportation and Joe McInnes, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Defendant State of Alabama Department of Transportation is a governmental entity.

2. Defendant Joe McInnes, who is sued in his official capacity as Director of the State of Alabama Department of Transportation, is an individual.

    RESPECTFULLY SUBMITTED
    TROY KING
    ATTORNEY GENERAL

    s/ Andrew W. Redd
    Jim R. Ippolito, Jr. (IPP001)
    Assistant Attorney General
    Chief Counsel

    Andrew W. Redd (RED001)
    R. Mitchell Alton, III (ALT003)
    Assistant Attorneys General
    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
|     **Plaintiff,** | ) ) |
| v. | ) ) |
| **STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, JOE MCINNES, etc.,** | ) ) **CASE NO. 2:06-cv-658-ID** ) ) |
|     **Defendant.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on **July 18, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

                                                            s/ Andrew W. Redd
                                                            Andrew W. Redd (RED001)
                                                            Assistant Attorney General
                                                            Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us