IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO 2:06-cv-658-TFM |
| ) | |
| STATE OF ALABAMA DEP'T OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

At the request of the parties, the deadline for the parties to file a joint stipulation of dismissal is amended to **on or before September 28, 2007**.

DONE this 17th day of September, 2007.

      /s/Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE