IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO 2:06-cv-658-TFM |
| ) | |
| STATE OF ALABAMA DEP'T OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is hereby **ORDERED** the Final Judgment (Doc. 55, filed September 27, 2007) is **VACATED**.

Pursuant to the request of the parties set forth in the stipulation of dismissal (Doc. 54, filed September 26, 2007), the terms and conditions of the settlement agreement attached thereto are **APPROVED** and the parties are **ORDERED** to comply with said terms and conditions.

The Court hereby **DISMISSES** this case **without prejudice** but retains jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties. The parties are **DIRECTED** to submit another joint stipulation of dismissal once the terms of the settlement agreement have been effectuated but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

DONE this 28th day of September, 2007.

    /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE