IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-658-ID-TFM |
| **STATE OF ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION, JOE MCINNES,** *etc.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Leroy Williams and Defendants State of Alabama Department of Transportation and Joe McInnes (hereinafter "the parties") jointly notify the Court that the terms and conditions of the Settlement Agreement and Release, heretofore filed with this Court, have been satisfied and the issues in this matter have been resolved. (See Doc. No. 54.)

WHEREFORE, the parties jointly move this Court for an order dismissing this case with prejudice.

Respectfully submitted this **1st** day of **November 2007**.

                                                                      RESPECTFULLY SUBMITTED
                                                                      TROY KING
                                                                      ATTORNEY GENERAL

                                                                      s/ Andrew W. Redd
                                                                      Jim R. Ippolito, Jr. (IPP001)
                                                                      Assistant Attorney General
                                                                      Chief Counsel

                                                                      Andrew W. Redd (RED001)
                                                                      R. Mitchell Alton, III (ALT003)
                                                                      Assistant Attorneys General
                                                                      Assistant Counsel
                                                                      ATTORNEYS FOR DEFENDANTS

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us


                                        s/ Russell W. Adams
                                        Russell W. Adams (ADA041)
                                        Attorney at Law
                                        ATTORNEY FOR PLAINTIFF

**ADDRESS OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
301 Nineteenth Street, North
Birmingham, Alabama  35203
(205) 314-0500 (office)
(205) 254-1500 (facsimile)
RAdams@wcqp.com